# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LICONA-CERON (1),<br><br>    Defendant. | Case No. 19CR2438-H<br><br>Booking No. 46525-298<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

    Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Raul Licona-Ceron. The defendant is hereby discharged as to this case only.

    IT IS SO ORDERED AND ADJUDGED.

DATED: July 18, 2019

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-